664      In re Minerals Development Company Securities Litigation

| Date | No. | Description |
|---|---|---|
| 85/10/03 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- defts. Gerald Litwin and Clapp & Eisenberg -- SUGGESTED TRANSFEREE DISTRICT: **E.D. KENTUCKY**, SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/10/10 | 2 | REQUEST FOR EXTENSION OF TIME -- pltf. Robert Dopke, et al. -- EXTENSION GRANTED TO <u>DOPKE</u> ONLY TO AND INCLUDING OCTOBER 28, 1985 (cds) |
| 85/10/11 | 3 | LETTER (re pldg. #2) -- signed by Ronald M. Wawrzyn, counsel for Gerald Litwin and Clapp Eisenberg (cds) |
| 85/10/15 | 4 | REQUEST FOR EXTENSION OF TIME -- Pltfs. A-2 Ed Carnes and A-3 Paul Miller -- Extension Granted to All Parties to and including October 28, 1985. (rew) |
| 85/10/18 |  | APPEARANCES: LARRY P. CHINN, ESQ. for Paul W. Miller, et al. and Ed Carnes; WILLIAM J. FRENCH, ESQ. for Robert Dopke, et al.; RONALD LEE GILMAN, ESQ. for United American Bank of Memphis; RONALD M. WAWRZYN, ESQ. for Gerald H. Litwin and Clapp & Eisenberg; EMIL M. STAVRIOTIS, PRO SE. (cds) |
| 85/10/18 |  | HEARING ORDER -- Motion of Defendants Gerald Litwin, et al., for transfer of A-1 thru A-5 for hearing on 11/21/85 in Portland, oregon (paa) |
| 85/10/21 | 5 | RESPONSE -- Gerald Litwin and Clapp & Eisenberg (Tennessee counsel) -- w/cert. of service (cds) |
| 85/10/28 | 6 | RESPONSE, BRIEF -- pltfs. Robert Dopke, et al. -- w/Exhibits and cert. of service (cds) |
| 85/10/29 | 7 | RESPONSE -- pltfs. Paul Miller, et al. and Edward Carnes and Joe W. Girard -- w/schedule and cert. of service |
| 85/11/05 | 8 | REPLY/BRIEF -- (to Pldg. #1) Gerald H. Litwin and Clapp & Eisenberg -- w/cert. of svc. (rh) |
| 85/11/07 | 9 | AFFIDAVIT OF WILLIAM J. FRENCH -- (to pldg. #6) William J. French -- w/cert. of svc. (rh) |
| 85/11/13 | 10 | LETTER -- (to Pldg. #9) Movant signed by Stephen R. Illa, dated 11/7/85 -- w/cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 664 -- In re Minerals Development Company Securities Litigation

Page 2

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/11/21 | | HEARING APPEARANCE -- RONALD M. WAWRZYN, ESQ. for Gerald H. Litwin & Clapp & Eisenberg; William J. French, Esq. for Robert Dopke, et al.; Larry P. Chinn, Esq. for Paul W. Miller, et al. (ds) |
| 85/11/26 | 11 | Letters signed by William J. French dated 11/20 & 11/22/85 w/Magistrate's recommendation to Judge Reynolds re A-4 w/cert. of svc. (paa) |
| 85/11/26 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 664 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Minerals Development Company Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 11/21/85 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/26/85 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 11/26/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 664 -- In re Minerals Development Company Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | In re Minerals Development Company, Inc., Debtor | Tenn.,W. Leffler | 82-21243 | | | | |
| A-2 | Ed Carnes v. Exploring Resources, Inc., et al. | Tenn.,W. Gibbons | 83-3021 GA | | | | |
| A-3 | Paul W. Miller, et al. v. Exploring Resources, Inc., et al. | Tenn.,W. Gibbons | 84-2157 GA | | | | |
| A-4 | Robert Dopke, et al. v. Emil Stavriotis, et al. | Wis.,E. Reynolds | 85-C-0321 | | | | |
| A-5 | Exploring Resources, Inc., et al. v. Minerals Development Co., et al. | Ky.,E. Bky.Case | 82-0257 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 664 -- In re Minerals Development Company Securities Litigation

---

ED CARNES (A-2)
PAUL W. MILLER, ET AL. (A-3)
Larry Chinn, Esquire
Griffin, Clift, Burns,
  Smith & Chinn
855 Ridge Lake Blvd., #102
Memphis, TN  38119

ROBERT DOPKE, ET AL. (A-4)
William J. French, Esq.
Gibbs, Roper, Loots & Williams
735 North Water Street
Milwaukee, WI  53202

EXPLORING RESOURCES, INC. (A-5) (deft. also)
Walter W. Turner, Esq.
Turners & Collins
Post Office Box 187
Salyersville, KY  41465
(NO APPEARANCE RECEIVED)

UNITED AMERICAN BANK OF MEMPHIS
Ronald L. Gilman, Esquire
First Tennessee Building
Suite 1620
Memphis, Tennessee  38103

GERALD H. LITWIN
CLAPP & EISENBERG
Ronald M. Wawrzyn, Esq.
Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, WI  53202

EMIL M. STAVRIOTIS
Emil M. Stavriotis  (Pro Se)
666 N. Lake Shore Drive
Lake Residence - Apt. #402
Chicago, IL  60611

---

MINERALS DEVELOPMENT CO. (A-1) (deft.)
Kent Wunderlich, Esq.
2000 First Tennessee Bldg.
Memphis, TN  38103
*[handwritten: removed per request of counsel]*

AMERICAN VIKING CONTRACTORS, INC.
HENRY NELSON
JOY NELSON
(NO APPEARANCE RECEIVED)
Vernon Poorman Moore, Esq.
Post Office Box 174
Barboursville, KY  40906

LOUIS SANTI   (NO APP. REC'D)
  William D. Stark, Jr., Esq.
  P.O. Boix 878
  Barbourville, Kentucky  40906

ROBERT L. HUGHES
(NO APPEARANCE RECEIVED)
John W. Shelton, Esq.
Baugher, Mettler & Shelton
340 Royal Poinciana Plaza
Palm Beach, FL


NATIONAL UNION FIRE INSURANCE CO.
  OF PITTSBURGH
INTERNATIONAL INSURANCE COMPANY OF CHICAGO
(UNABLE TO DETERMINE COUNSEL OR
 ADDRESS)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 664 -- In re Minerals Development Company Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Minerals Development Company | A-5 |
| American Viking Contractors Inc. | A-5 |
| Louis Santi | A-4, A-5 |
| Henry Nelson | A-5 |
| Joy Nelson | A-5 |
| Exploring Resources, Inc. | A-2, A-3 |
| Emil M. Stavriotis ✗ | A-2, A-3, A-4 |
| Robert L. Hughes | A-2, A-3 |
| Gerald H. Litwin ✗ | A-2, A-3, A-4 |
| Clapp & Eisenberg ✗ | A-2, A-3, A-4 |
| National Union Fire Ins. Co. of Pittsburgh | A-4 |

p. _____

| | A 4 |
|---|---|
| International Insurance Company of Chicago | |
| ✓ United American Bank of Memphis | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |