JUDICIAL LITIGATION
FILED

NOV 26 1985

PATRICIA S. [...]
CLERK OF THE PANEL

DOCKET NO. 664

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MINERALS DEVELOPMENT COMPANY SECURITIES LITIGATION

ORDER DENYING TRANSFER

   This litigation presently consists of five actions pending in three federal districts: three actions in the Western District of Tennessee and one action each in the Eastern District of Wisconsin and the Eastern District of Kentucky. Before the Panel is a motion by Gerald Litwin and Clapp & Eisenberg, defendants in three actions, to centralize the actions in this litigation in the Eastern District of Kentucky, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. Plaintiffs in two Tennessee actions and plaintiffs in the Wisconsin action oppose transfer.

   On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 transfer would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation. We recognize that these actions may share some questions of fact, but we note that 1) two of the five actions (the Kentucky action and the Tennessee bankruptcy action) have been pending for more than three years and ii) the other two Tennessee actions have been consolidated and are proceeding toward an anticipated trial date after February 1, 1986. In light of these factors, we are not persuaded that Section 1407 transfer is warranted. Additionally, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

   IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

                                        FOR THE PANEL:

                                        Andrew A. Caffrey
                                        Chairman

SCHEDULE A

MDL-664 -- In re Minerals Development Company Securities Litigation

Western District of Tennessee

In re Minerals Development Company, Inc., Debtor, Bankruptcy No. 82-21243
Ed Carnes v. Exploring Resources, Inc., et al., C.A. No. 83-3021 GA
Paul W. Miller, et al. v. Exploring Resources, Inc., et al., C.A. No. 84-2157 GA

Eastern District of Wisconsin

Robert Dopke, et al. v. Emil Stavriotis, et al., C.A. No. 85-C-0321

Eastern District of Kentucky

Exploring Resources, Inc., et al. v. Minerals Development Co., et al., Adversary No. 82-0257